**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel FLOREZ, aka Manuel Flores, Defendant—Appellant.**

No. 08–30376.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 26, 2010.

James Edmund Seykora, Esquire, Assistant U.S., Jessica T. Fehr, Esquire, USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff-Appellee.

Lisa Jeannine Bazant, Billings, MT, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Manuel Florez appeals from the 180–month sentence imposed following a jury-trial conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846. The instant appeal follows a successful 28 U.S.C. § 2255 motion allowing Florez to file an appeal out of time. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate the sentence and remand to the district court.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Florez contends that there is a reasonable probability that he would have received a different sentence, had the district court known that the Sentencing Guidelines were advisory. The government concedes, and we agree, that a limited remand is appropriate. Accordingly, we remand to the district court for further proceedings in light of *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir.2005) (en banc).

Florez's request for supplemental briefing is denied.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.